**Melvin N. RAMSEY, Respondent,**

v.

**I. D. S. PROPERTIES MANAGEMENT COMPANY, et al., Relators.**

**No. 47615.**

Supreme Court of Minnesota.

Feb. 10, 1978.

Cousineau, McGuire, Shaughnessy & Anderson and Michael C. Jackman, Minneapolis, for relators.

Cloutier, Musech, Diker, Berde & Corwin and Cortlen G. Cloutier, Minneapolis, for respondent.

PER CURIAM.

The court being evenly divided on the disposition of the writ of certiorari to review the decision of the Worker's Compensation Court of Appeals, the decision is affirmed.

Respondent is allowed $350 attorneys fees.

Affirmed.

SHERAN, C. J., took no part in the consideration or decision of this case.